United States District Judge R<small>ONALD</small> B. L<small>EIGHTON</small>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI WILLIAMS O/B/O J.M.B., ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. C05-5095RBL <br><br> ORDER FOR EAJA FEES, COSTS AND EXPENSES |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $3971.63 and expenses of $25.42 pursuant to 28 U.S.C. §2412 and costs of

ORDER FOR EAJA FEES, COSTS   AND
EXPENSES [C05-5095RBL] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 220
Olympia, WA. 98501
(360) 705-1226

```
 1
 2
 3
 4   $405.00 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31
 5
 6   U.S.C. §1304.
 7
 8           DATED this 17th day of August, 2006.
 9
10
11                                    _____
12
13                                    RONALD B. LEIGHTON
14                                    UNITED STATES DISTRICT JUDGE
15   Presented by:
16
17
18   S/EITAN KASSEL YANICH_____
19   EITAN KASSEL YANICH, WSBA #13690
20   Attorney for Plaintiff
21
22
23
24
25


30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
```

ORDER FOR EAJA FEES, COSTS     AND
EXPENSES [C05-5095RBL] - 2

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 220
Olympia, WA. 98501
(360) 705-1226